UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al., <br><br>                            Petitioners, <br><br> -against- <br><br> MITMO, INC., <br><br>                            Respondent. | 25-CV-01079 (MMG) <br><br> **ORDER** |

MARGARET M. GARNETT, United States District Judge:

On February 6, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **February 28, 2025**. Respondent's opposition, if any, is due on **March 28, 2025**. Petitioner's reply, if any, is due **April 18, 2025**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **February 28, 2025**, and shall file an affidavit of such service with the Court no later than **March 3, 2025**.

Dated: February 7, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge