UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITIAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> MITMO, INC., <br><br> Respondent. |

25 CIVIL 1079 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 10, 2026, the Court GRANTS Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: 1. The July 22, 2024 Award is confirmed in all respects; 2. Respondent is ordered to pay Petitioners a total of $180,918.68, plus interest at the annual rate of 10.5% from July 22, 2024 through the date of this Judgment, pursuant to the terms of the Award amounting to $35,859.07 in interest; 3. Respondent is further ordered to pay Petitioners $1,403 in attorneys fees and $123.50 in costs arising out of this action; and 4. Respondent is further ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a). Accordingly, the case is closed.

**Dated:**   New York, New York
         June 11, 2026

TAMMI M. HELLWIG
**Clerk of Court**

**BY:**

**Deputy Clerk**